IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RAYMOND JOHNSON,

       Petitioner,

v.

JULIE JONES, SECRETARY
DEPARTMENT OF
CORRECTIONS,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1311

Opinion filed December 4, 2017.

Petition for Writ of Certiorari – Original Jurisdiction.

Raymond Johnson, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Kristen J. Lonergan, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      DENIED.

WOLF, WINOKUR, and JAY, JJ., CONCUR.